# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 29, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

133316(51)

CITY OF DETROIT,
        Plaintiff-Appellee,

v

SC: 133316
COA: 269377
Wayne CC: 04-427065-CH

17526 RIOPELLE, OCCUPANT, ANDREA
CAMPBELL, ACORN INVESTMENT,
        Defendant-Appellant.

_____/

On order of the Court, the motion for reconsideration of this Court's July 30, 2007 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 29, 2007

Clerk

d1119